# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SOLIMAN, an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive:<br><br>　　　　　Defendant. | Case No.: CV 22-1240-DMG (SKx)<br><br>**ORDER OF DISMISSAL [20]** |

Based on the stipulation of the parties and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: October 6, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1